**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-1749**

DELOYISE ECHOLS,

Plaintiff - Appellant,

versus

LOUIS CALDERA, Secretary, Department of the
Army,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-00-247-A)

Submitted:  December 15, 2000        Decided:  February 1, 2001

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dorrance D. Dickens, Washington, D.C., for Appellant.  Helen F.
Fahey, United States Attorney, Edward J. Martin, Special Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

PER CURIAM:

Deloyise Echols appeals the district court's orders dismissing his action alleging employment discrimination and denying his motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Echols v. Caldera</u>, No. CA-00-247-A (E.D. Va. Apr. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>